Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-1887 LKK GGH |
| Plaintiff, | Honorable Lawrence K. Karlton |
| vs. | **ORDER DISMISSING DEFENDANT FRANK ROSSINI** |
| JOHN JABIER, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant FRANK ROSSINI filed herein by Plaintiff DIRECTV, Inc. on April 29, 2005, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant FRANK ROSSINI only; and

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

DATED: May 3, 2005

/s/Lawrence K. Karlton
Honorable Lawrence K. Karlton
United States District Court
Eastern District of California

BNFY 529487v1                                   1                       (CIV-S-03-1887 LKK GGH)

**[PROPOSED] ORDER DISMISSING DEFENDANT FRANK ROSSINI**